THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM G. MACPHAIL, Defendant-Appellant.

(No. 59851; )

First District (2nd Division)—December 3, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Thomas D. Rafter, and Michael A. Tyrell, Assistant State's Attorneys, of counsel), for the People.